UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PERCY JAMES CAGE (#32294)

VERSUS

SGT. JOHN NORWOOD, ET AL.

CIVIL ACTION

NO. 09-911-JJB-DLD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated June 2, 2010 (doc. no. 4) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the court declines to exercise supplemental jurisdiction over the plaintiff's state law claims. The plaintiff's federal claims are DISMISSED as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915.

Baton Rouge, Louisiana, this 16th day of July, 2010.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE