UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PERCY JAMES CAGE (#32294)

VERSUS

SGT. JOHN NORWOOD, ET AL.

CIVIL ACTION

NO. 09-911-JJB-DLD

## ORDER OF DISMISSAL

For the written reasons assigned and filed herein:

IT IS ORDERED the plaintiff's federal claims are DISMISSED as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915 and this action is DISMISSED.

Baton Rouge, Louisiana, this 16th day of July, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA